AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

APR 19 2017

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-17-705-M |
| Luis Aguilar Jr. | ) | |
| YOB: 1982  CITIZENSHIP: United States | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 18, 2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | did knowingly and intentionally possess with the intent to distribute approximately 5.16 kilograms of methamphetamine a Schedule II controlled substance. |
| 21 U.S.C § 952 | did knowingly and intentionally import with the intent to distribute approximately 5.16 kilograms of methamphetamine a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Irineo Garza Jr, U.S. HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/19/2017

_____
*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

Attachment "A"

On April 18, 2017, Department of Homeland Security (DHS), Homeland Security Investigations McAllen, Texas Office (HSI McAllen) received information from Customs and Border Protection, Office of Field Operations (CBP-OFO), that three subjects had been detained at the Hidalgo Port of Entry attempting to smuggle approximately 5.16 kilograms of methamphetamine into the United States. The methamphetamine was found hidden within the battery of a vehicle.

In a post Miranda interview of the driver of the vehicle, who had been identified as Luis AGUILAR Jr, AGUILAR stated he had been asked to drive the vehicle down to Mexico from Austin, Texas by an associate of his. AGUILAR stated he knew the vehicle was eventually going to be used to smuggle narcotics into the United States, but initially was told this time was going to be a "test run" to ensure there would be no problems crossing the vehicle through the Port of Entry. AGUILAR stated once he arrived in Mexico, he was instructed to take the vehicle to a specific person. AGUILAR stated he took the vehicle to a male subject who took possession of the vehicle. AGUILAR stated after approximately 30 minutes the vehicle was returned to him. AGUILAR stated he suspected that narcotics might have been put into the vehicle, but was not sure. AGUILAR stated he owed his associate, in Austin, Texas, money and this trip was going to erase the debt which he owed. AGUILAR stated the two female passengers in the vehicle had no knowledge of what was occurring and he had brought them down to Mexico under the understanding it was a short vacation and to shop for wedding supplies.