UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 9 2017

David J. Bradley, Clerk

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § § | | |
| v. | § § | Criminal No. | **M-17-683** |
| LUIS AGUILAR, JR. | § | | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about April 18, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LUIS AGUILAR, JR.**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1), and 960(b)(1).

### Count Two

On or about April 18, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LUIS AGUILAR, JR.**

did knowingly and intentionally import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 500 grams or more, that

is, approximately 5 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY