| | |
|---|---|
| __McALLEN__ Division | CR. No. **M-17-683**  M-17-0705-M |
| **INDICTMENT** Filed: May 9, 2017 | Judge: **MICAELA ALVAREZ** |
| County: Hidalgo | |
| Lions #: **2017R05503** | Attorneys: |
| UNITED STATES OF AMERICA | ABE MARTINEZ, ACTING U.S. ATTORNEY |
| v. | ALEXANDRO BENAVIDES, ASST. U.S. ATTORNEY |
| **LUIS AGUILAR, JR.** | Cts. 1&2  Yvonne Sanchez, FPD, (956) 630-2995 |
| *Custody:* 4/18/2017 | |

Charge(s):

Ct. 1: Conspiracy to import into the United States of America from the United Mexican States 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 963, 952(a), 960(a)(1), and 960(b)(1).

Ct. 2: Import into the United States of America from the United Mexican States 500 grams or more, that is, approximately 5 kilograms of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1), and Title 18, United States Code, Section 2.

Total Counts
**(2)**

Penalty: Cts. 1&2: Imprisonment for 10 yrs.* to Life and/or a $10,000,000.00 fine and at least a 5 yr. SRT (as to each count) (*MANDATORY MINIMUM)

Agency: Homeland Security Investigations - Irineo Garza, Jr. - MC13WE17MC0013

Proceedings

Date